John W. DOSCHER v. Althea S. DOSCHER, No. 95-75

February 6, 1976. Appeal dismissed for failure to comply with progress order of December 2, 1975.

Rosalie CONDOSTA v. Guido CONDOSTA, No. 286-75

February 9, 1976. The motion of the plaintiff that she not be required to respond or object to the appellant's proposed "Statement of the Proceedings When no Report was Made" and that it not be included in the record of the appeal in this case is granted. V.R.A.P. 10(e).

Eric M. SANFORD v. STATE of Vermont, No. 105-74

February 10, 1976. Purported appeal dismissed under V.R.A.P. 26(b).

STATE of Vermont v. Richard B. SUMMERS, No. 100-75

February 10, 1976. Appeal dismissed. *In re Lankow*, 134 Vt. 12, 346 A.2d 216 (1975) ; *State v. Harbaugh*, 132 Vt. 569, 580, 326 A.2d 821 (1974) ; *In re Shequin*, 131 Vt. 111, 117, 300 A.2d 536 (1973).

IN RE A. D. C., No. 239-75

February 11, 1976. Calendared argument not having been observed, the matter will be heard on briefs, provided the provisions of the stipulation on file as to the furnishing of such briefs are complied with. V.R.A.P. 34(e).

Herman C. KINNEY v. GOODYEAR TIRE & RUBBER CO., John C. Canney, H. Eugene Boyd, and Gans Surplus Tire Co., No. 281-75

February 18, 1976. Motion to Dismiss denied.

IN RE PROFESSIONAL CONDUCT BOARD—Attorney General M. Jerome Diamond, No. 3-76

February 18, 1976. Upon consideration of the application for extraordinary relief, filed January 2, 1976, in the above matter, *it is ordered:*

(1) That the Professional Conduct Board is directed to sever the charges presently pending against M. Jerome Diamond from those presently pending against Theodore R. Barnett and Robert I. Tepper, to declare a mistrial with respect to the charges against said Diamond, and to continue the hearing with respect to said charges against M. Jerome Diamond until such time as the proceedings against said Barnett and Tepper become matters of public record or are otherwise disposed of.

(2) If said charges against Barnett and Tepper become matters of public record, pursuant to Rule XX of the Permanent Rules for Pro-